IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **WILLIAM D. DENNIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 3:09-0297** |
| ) | **Judge Trauger** |
| **BREAD & CO., INC.,** ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties, as evidenced by signature of counsel below, have agreed, subject to the Court's approval, that the Plaintiff will dismiss this lawsuit with prejudice. Defendant will also dismiss its counterclaim against Plaintiff with prejudice. The parties reached a settlement agreement dated December 10, 2009 under which each party shall bear its own costs in this matter.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this lawsuit is dismissed with prejudice.

ENTERED, this 21st day of December, 20 09.

_____
JUDGE ALETA A. TRAUGER

APPROVED FOR ENTRY:

BASS, BERRY & SIMS PLC

By: /s/Robert W. Horton
    Robert W. Horton (BPR # 017417)
    150 Third Avenue South, Suite 2800
    Nashville, Tennessee 37201
    615-742-6200
    *Attorneys for Defendants*

CASTELLI & KNOX, LLP

By:  /s/Kerry Knox
    Kerry Knox (BPR # 023302)
    117 South Academy Street
    Murfreesboro, Tennessee 37130
    615-896-1000
    *Attorneys for Plaintiff*